UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| BRUCE TAYLOR and DEBBIE J. TAYLOR | ) |
| Plaintiffs, | )  3:11-CV-0044-LRH-VPC |
| v. | )  ORDER |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; et al., | ) |
| Defendants. | ) |

Before the court is defendant CTX Mortgage Company, LLC's ("CTX") motion to dismiss filed on February 1, 2011. Doc. #7.

On April 5, 2011, the court granted the parties' stipulation to dismiss CTX as a defendant in this action. Doc. #31. Therefore, CTX's present motion to dismiss is moot and the court shall deny the motion accordingly.

IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #7) is DENIED as moot.

IT IS SO ORDERED.

DATED this 3rd day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE